*Form OL241* (3/23)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>Jennifer M Delgado−Velez | ) | Case No. 26−13558−amc |
| Debtor(s). | ) | Chapter: 13 |

## ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated September 24, 2026, this case is hereby DISMISSED.

**Date: October 15, 2026**

Ashely M. Chan
Chief Judge, United States Bankruptcy Court

Missing Documents:
Chapter 13 Plan
Schedules A/B−J
Statement of Attorney Compensation
Statement of Current Monthly Income (122C1)
Means Test Calculation 122C2 (if applicable)
Statement of Financial Affairs
Summary of Assets and Liabilities